# NOS. 12-14-00042-CR
## 12-14-00043-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *BRUCE E. DIGBY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*

Relator, Bruce E. Digby, an inmate in the Texas Department of Criminal Justice, seeks mandamus relief against Reba Squyres, District Clerk of Angelina County, and the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ). We dismiss the petition in each cause.

This court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce the court's appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Generally, neither the District Clerk of Angelina County nor the personnel at TDCJ are parties against whom we have the power to issue a writ of mandamus. *See id*. And Relator has not demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. Therefore, we have no authority to grant the relief Relator seeks. Accordingly, the petition in each cause is ***dismissed for want of jurisdiction***.

Opinion delivered February 12, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 12, 2014**

**NO. 12-14-00042-CR**

**BRUCE E. DIGBY,**
Relator
V.
**HON. PAUL E. WHITE,**
Respondent

Original Proceeding

ON THIS DAY came to be heard the petition for writ of mandamus filed by **BRUCE E. DIGBY**, who is the defendant in Cause No. CR-7493, pending on the docket of the 159th Judicial District Court of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on February 7, 2014, and the same having been duly considered, because it is the opinion of this Court that this Court does not have jurisdiction and that the application for writ of error should be dismissed, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said application for writ of error be, and the same is, hereby **DISMISSED FOR WANT OF JURISDICTION**.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 12, 2014**

**NO. 12-14-00043-CR**

**BRUCE E. DIGBY,**
Relator
V.
**HON. PAUL E. WHITE,**
Respondent

Original Proceeding

ON THIS DAY came to be heard the petition for writ of mandamus filed by **BRUCE E. DIGBY**, who is the defendant in Cause No. CR-22949, pending on the docket of the 159th Judicial District Court of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on February 7, 2014, and the same having been duly considered, because it is the opinion of this Court that this Court does not have jurisdiction and that the application for writ of error should be dismissed, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said application for writ of error be, and the same is, hereby **DISMISSED FOR WANT OF JURISDICTION**.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*